Motion Granted; Appeal Dismissed and Memorandum
Opinion filed July 28, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00609-CV

____________

 

RONALD GORDON AKA R. MOSES GORDON, Appellant

 

V.

 

HARRIS COUNTY, ALDINE ISD, AND LINEBARGER, GOGGAN,
BLAIR & SAMPSON, L.L.P., Appellees

 



 

On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 2009-38859

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 27, 2011.  On July 25, 2011, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Frost, Jamison, and
McCally.